UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD D. NEWTON,

    Plaintiff,

-vs-                                  Case No. 6:05-cv-364-Orl-28JGG

CITY OF ORLANDO, ORLANDO POLICE
DEPARTMENT, CHAD OCHIUZZO,

    Defendants.
_____

## ORDER

This case is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. 2) filed March 8, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied and further recommending that the Amended Complaint be dismissed without prejudice as frivolous.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed April 6, 2005 (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED**.

    3.    The Amended Complaint (Doc. 4) is **DISMISSED without prejudice**.

DONE and ORDERED in Chambers, Orlando, Florida this __2²__ day of April, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party